# EXHIBIT 2



# SHOPLAZZA

- Home
- Orders
  - All orders — 50
  - Abandoned checkouts
  - After-sales — 1
  - Disputes
  - Waybill management
- Products
- Customers
- Marketing
- Analytics
- Blog posts
- Finances
- LazzaStudio

**Sales channels**
- Online store
- AdValet
- Google
- Facebook
- TikTok
- Snapchat
- AdPilot

**Apps**

**Settings**

## All orders

More ▾   Export   **Bulk fulfill orders**   **Create order**

All orders | Unfulfilled (1) | Fulfilled | Completed | Closed

Edit header

All types ▾ | 🔍 QY624-Light grey | Min. value — Max. value | Placed at ▾ | Start date — End date | Reset

| ☐ | Order no. | Created at | Last touchpoint | Product name | | Recipient name | Payment status | Order total | Last visited page |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | KKL57482 | 2026-04-01 03:36:08 | Direct 2026-04-01 03:35:59 | | 1 ▾ | Larry Carter | Paid | 36.38USD | https://www.cofolif |

1 records   ‹ 1 ›



## SHOPLAZZA

cofolife ID:1831660

### Original order

| | | | | | |
|---|---|---|---|---|---|
| 1 | | **Women's Casual Watercolor Dragonfly Tree Cotton Blend Print T-shirt**<br>Style: Light grey/S<br>SKU: QY624-Light grey-S<br>SPU: None<br>Supplier:mysite | 27.99 USD x 1 | Total: | 27.99 USD |
| | | | | Tariff: | 1.40 USD |
| | | +1 | | **Amount paid:29.39 USD** | |

### Shipping

**Unfulfilled items**                                                                 Location:Default

| 1 | | **Women's Casual Watercolor Dragonfly Tree Cotton Blend Print T-shirt**<br>Light grey/S<br>SKU:QY624-Light grey-S<br>SPU:N/A | X 1 |
|---|---|---|---|

**Fulfill items**

### Timeline

○ A order confirmation email 'Template' was sent to Oo Ooo(O.o@gmail.com) automatically          2026-04-01 03:36:45

**Resend**

○ Oo Ooo(o.o@gmail.com) placed this order on store  ▸          2026-04-01 03:36:45

○ Oo Ooo(o.o@gmail.com) updated this order on store  ▸          2026-04-01 03:36:21

○ Oo Ooo(o.o@gmail.com) created this order on Online Store  ▸          2026-04-01 03:36:08

---

**Sidebar:**

Customer tags
--

**Fraud Analysis** ⌄

**Conversion information** ⌄

**Payment & additional information** ⌄

**Delivery information** ✎ ⌃

| | |
|---|---|
| Last name | Carter |
| First name | Larry |
| Phone number | +1 216 375 8845 |
| Email | O.o@gmail.com |
| Country/Region | United States |
| Province | Illinois |
| City | Chicago |
| Street | 1111 W 35th Street 15th Floor |
| Apartment | |
| Company | |
| Postal code | 60609-1404 |

**Billing address** ⌃

**Left navigation menu:**

- Home
- Orders
  - All orders — 50
  - Abandoned checkouts
  - After-sales — 1
  - Disputes
  - Waybill management
- Products
- Customers
- Marketing
- Analytics
- Blog posts
- Finances
- LazzaStudio

Sales channels

- Online store
- AdValet
- Google
- Facebook
- TikTok
- Snapchat
- AdPilot

Apps

- Settings