# EXHIBIT 3





**Original order**

| | | | | |
|---|---|---|---|---|
| 1 | Women's Watercolor Dragonfly Print Cotton Linen Shirt<br>Style: White/S<br>SKU: WTS181497-WHI00S<br>SPU: None<br>Supplier:mysite | 11.37 USD x 1 | Total: | 11.37 USD |
| | | | Amount paid:11.37 USD |

**Shipping**

**Unfulfilled items**                                                      Location:Default

| 1 | Women's Watercolor Dragonfly Print Cotton Linen Shirt<br>White/S<br>SKU:WTS181497-WHI00S<br>SPU:N/A | X 1 |

**Fulfill items**

**Timeline**

A order confirmation email 'Template' was sent to Larry Carter(O.o@gmail.com) automatically          2026-04-01 03:23:39

**Resend**

Larry Carter(o.o@gmail.com) placed this order on store  ▸          2026-04-01 03:23:39

Larry Carter(o.o@gmail.com) updated this order on store  ▸          2026-04-01 03:22:35

Larry Carter(o.o@gmail.com) created this order on Online Store  ▸          2026-04-01 03:22:18

---

Customer tags

**Fraud Analysis**

**Conversion information**

**Payment & additional information**

**Delivery information**

| | |
|---|---|
| Last name | Carter |
| First name | Larry |
| Phone number | +1 216 375 8845 |
| Email | O.o@gmail.com |
| Country/Region | United States |
| Province | Illinois |
| City | Chicago |
| Street | 1111 W 35th Street |
| Apartment | 15th Floor |
| Company | |
| Postal code | 60609-1404 |

**Billing address**