# EXHIBIT 5

# 121 cofolife.com





## 158 lacewave.com

