# EXHIBIT B

Def. No. 121 cofolife.com

# 121 cofolife.com



FREE SHIPPING FOR ORDERS OVER $69

NEW IN    HOT SALE    TOPS    MORE LINKS

cofolife

English    USD

UP TO 50% OFF

## Tops

View more

Save 31%

Case 2:26-cv-01134-CCW   Document 58-3   Filed 07/28/26   Page 4 of 36

7/28/26, 12:00 PM

FireShot Capture 136 - cofolife - [www.cofolife.com]






Women's Retro Floral Art Print Casual Cotto...
$24.99

Cute Kid Drawing Art Printed Women's Cas...
$28.99

View more






Women's Vintage Art Floral Print Casual Co...
$24.99

Women's Heart Art Leave Print Casual Cotto...
$26.99






Wash Your Paws Cat Print Unisex Classic T-...
$19.88 $28.99

Save 32%

Vintage Floral Graffiti Print Casual Long-sle...
$26.99 $39.98







Vintage Fish Art Print Long Sleeve Shirt
$28.99

Women' Vintage Floral Art Print Casual Lin...
$27.99

Dress

2/4

chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html?id=17




Marine Animal Print Crew Neck Short Sleeve...
$28.99





Japanese Art Goldfish Ink And Wash Linen B...
$28.99

Japanese Art Sea Wave Linen Blend Maxi Dr...
$28.99

Magnolia Flower Japanese Linen Blend Max...
$28.99





Japanese Art Flower Print Round Neck Shor...
$28.99

Japanese Style Floral Print Short Sleeve Loos...
$28.99

Tentacles Lover Essential Contrast Linen Bl...
$30.99




Vintage Japanese Art Print Sleeve Loos...
$28.99

View more




Cute Cats Animal Embroidery Pattern Linen...
$28.99




Farm Rooster Art Casual Linen Blend Jumps...
$33.99





Upstream Carp Japanese Art Linen Blend Ju...
$33.99

## Bottoms




Women's Japanese Art Floral Pocket Loose C...
$23.99



Whale & Waves Japanese Lino Art Casual Pa...
$21.99

Pink Leopard Art Casual Cropped Pants
$25.99 $38.99

Fun Fish Art Cropped Casual Pants
$25.99 $38.99

Women's Vintage Colorblock Striped Art Pri...
$39.99



Subscribe today to hear first about our sales

Enter your email   Subscribe

**ABOUT**

About Us

Contact Us

Tracking Order

**POLICY**

Terms Of Use

Privacy Policy

Shipping Policy

Return&Refund Policy

Intellectual Property Rights

**Have questions?**

✉ service@cofolife.com

**Follow us**

f   P

**We accept**

**© 2026 cofolife**

BUY MORE SAVE MORE



# Intellectual Property Rights

It is the policy to take appropriate action where necessary to uphold and recognize all relevant State, Federal and International laws in connection with material that is claimed to be infringing any trademark, copyright, patent and all or any other Intellectual Property laws. If you are an intellectual property rights owner and you believe that we sells, offers for sale, or makes available goods and/or services that infringe your intellectual property rights, then send the following information to our Email. Information required:

1. An electronic or physical signature of the person authorized to act on behalf of the owner of an exclusive that is allegedly infringed;
2. A description of the allegedly infringing work or material;
3. A description of where the allegedly infringing material is located on the site (product(s) URL);
4. Information reasonably sufficient to allow us to contact you, such as your address, telephone number and e-mail address;
5. A statement by you that you have a good faith belief that the disputed use of the material is not authorized by the copyright or other proprietary right owner, its agent, or the law;
6. Identification of the intellectual property rights that you claim are infringed by the Website(e.g. "XYZ copyright", "ABC trademark, Reg. No. 123456, registered 1/1/04",etc); and
7. A statement by you that the above information and notification is accurate, and under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner whose exclusive right is allegedly infringed.

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 8 of 36

Subscribe today to hear first about our sales

Enter your email

ABOUT

About Us

Contact Us

Tracking Order

POLICY

Terms Of Use

Privacy Policy

Shipping Policy

Return&Refund Policy

Intellectual Property Rights

Case 2:26-cv-01134-CCW   Document 58-3   Filed 07/28/26   Page 9 of 36



Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 10 of 36

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 11 of 36

**BUY MORE SAVE MORE**



# Shipping Policy

## How much is the shipping cost?

The price depends on the weight of product, the destination, the shipping method, and other considerations. Detailed pricing information is visible when placing an order.

Choose the correct destination, then select the shipping method, to obtain an accurate shipping cost.

Normally, after the order is paid, the warehouse takes 3-8 working days to process your order (except for pre-sale items). This includes preparing your items, performing quality checks, and packing for shipment.Please note that due to high volumes and extreme weather conditions, end-of-year processing and shipping times may be affected.

| Country | Standard Shipping | Express Shipping |
|---------|-------------------|------------------|
|  | Cost / Shipping Time (Business Days) | Cost / Shipping Time (Business Days) |
| United States | $6.99 / 15-21 | $9.99 / 6-15 |
| Canada | $6.99 / 15-21 | $9.99 / 6-15 |
| United Kingdom | $6.99 / 15-21 | $9.99 / 6-15 |

| Australia | $6.99 / 15-21 | | $9.99 / 6-15 | |
| Europe (Partial)* | $6.99 / 15-21 | | $9.99 / 6-15 | |
| Japan | $6.99 / 15-21 | | $9.99 / 6-15 | |
| Others* | $12.99 / 15-21 | | / | |

## Where can packages be shipped to?

cofolife can ship to most countries in the world, covering North and South America, Europe, United Kingdom and so on.

## Countries not shipped to include:

Aland Island, Ascension, Azores, Balearic Islands, Bouvet Island, Caroline Islands, China Mainland, Eritrea, Northern Mariana Islands, Somalia, Somaliland, Spanish Territories Of N.Africa, Yemen, YUGOSLAVIA, Zaire ect.

## How does cofolife ship your order?

1.After placing an order, you will receive a product information confirmation e-mail;
2.After the payment, you will receive a successful payment confirmation e-mail;
3.After the order is shipped, you will receive a shipping information confirmation e-mail, contains tracking number, you can check the shipping state with the tracking number in https://www.17track.net/en or http://www.track718.com/en.
You can also check your order status by going to your account page.

## What shipping methods are offered? And how long does it take to ship?

The total time it takes to receive your parcel is described as below:

Total delivery time = Processing Time + Shipping Time

Processing time = the time between when you place an order and when we ship it;

Shipping time = the time between when your order has been shipped and delivered to you;

## Shipping time:

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 12 of 36

Pre-order products we usually send out within 30 days.

cofolife has partnered with major international shipping companies including but not limited to DHL, UPS, FedEx, IB, and EMS to offer shipping methods.

## What is customs tax?

Taxes apply for imported goods/services and is regulated by the country law. cofolife is not responsible for any tax charged on its products. The amount of customs taxes are depend on policies and tax rates applied per country. Please contact local customs for clear information.

## Important Notes:

1.Certain items are prohibited by some shipping carriers. If your order contains these items for the shipping carrier you selected, we will re-route your order via another carrier to ensure it arrives safely. This may require additional shipping time.

2.All estimated/typical delivery time are derived from real world data collected from past orders. They are approximate times for reference only.

3.cofolife ships all packages from our warehouse and distribution center.



Subscribe today to hear first about our sales

Enter your email        →

ABOUT      ⌃

About Us

Case 2:26-cv-01134-CCW   Document 58-3   Filed 07/28/26   Page 13 of 36



Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 14 of 36

© 2026 cofolife

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 15 of 36

Def. No. 138 funiya.com



Free Shipping Order Over $69

**Funiya**    Home    New Arrivals    Dress    Top    Bottom    Jumpsuit    Set          English ⌄     USD ⌄   ⌕   👤   🛒

## New Arrivals

## Collection list



Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 18 of 36

FireShot Capture 137 - funia - [www.funiya.com]



Causal Sweater

Jumpsuits

Bottoms

Tops

Dresses

Tops

Women's Vintage Flower Art Print Casual
Cotton And Linen Shirt
$38.99

Solid Color Cotton And Linen Top
$22.99

Women's V-Neck Solid Color Versatile Casual
Shirt
$19.99

Women's Vintage Ethnic Floral Art Print
Loose Casual Top Jacket
$39.99

Save $10.00

7/28/26, 12:02 PM

FireShot Capture 137 - funia - [www.funiya.com]




Loose Jersey Casual T-Shirt
$24.99

Women's Vintage Abstract Geometric Line Color Block Art Print Casual Cotton And Linen Ruffle Shirt
$29.99 $39.99





Round Neck Casual Loose Floral Print Long Sleeve Blouse
$23.00




Women's Cotton Linen Colorblock Button Loose Sleeveless Top
$17.99





Fashion Print Lapel Collar Oversized Cotton Shirt
$42.99

Retro Loose Sleeveless Embroidered Tank Top
$16.99



Women's Floral Print Casual Cotton And Linen Shirt
$27.99

Solid Color Loose Casual Cotton Linen Shirt
$18.99

View more ⌄

Dresses



Women's Vintage Lovely Floral Art Print Flowy Dress
$39.98



Cotton And Linen Doll Neck Flared Sleeves Ruffled Collar Vintage Dress
$29.99






women's cotton linen solid color dress
$32.99




Save $26.00

Women's Retro Abstract Geometric Print V-Neck Cotton and Linen Dress
$32.99 $58.99

chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html?id=18

3/5

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 21 of 36



Save $26.00



Save $28.00



Women's Vintage Floral Print V-Neck Cotton and Linen Dress
$32.99  $58.99



Hokusai Ukiyo-e Japanese Waterfall Art Landscape Print Linen Tank Dress
$27.99  $55.99

Women's Casual Floral Print Dress
$34.99



Cotton And Linen Embroidered Lace Up Waist Up Dress
$36.99







Short Sleeve Crossover Dress
$32.99



Women's Solid Color Cotton And Linen Short Sleeve Dress
$25.99

Women's Pocket Linen Dress（Convertible Dress With Front And Back Option)
$30.99

Women's Vintage Botanical Floral Design Print Lace-Up Dress
$32.99

View more ⌄

## Sign up and save

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email    Subscribe



Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 22 of 36



Free Shipping Order Over $69

Home    New Arrivals    Dress    Top    Bottom    Jumpsuit    Set                English    USD    Q

# Intellectual Property Rights

It is the policy to take appropriate action where necessary to uphold and recognize all relevant State, Federal and International laws in connection with material that is claimed to be infringing any trademark, copyright, patent and all or any other Intellectual Property laws. If you are an intellectual property rights owner and you believe that we sells, offers for sale, or makes available goods and/or services that infringe your intellectual property rights, then send the following information to our Email.

**Information required:**

1. An electronic or physical signature of the person authorized to act on behalf of the owner of an exclusive that is allegedly infringed;
2. A description of the allegedly infringing work or material;
3. A description of where the allegedly infringing material is located on the site (product(s) URL);
4. Information reasonably sufficient to allow us to contact you, such as your address, telephone number and e-mail address;
5. A statement by you that you have a good faith belief that the disputed use of the material is not authorized by the copyright or other proprietary right owner, its agent, or the law;
6. Identification of the intellectual property rights that you claim are infringed by the Website(e.g. "XYZ copyright", "ABC trademark, Reg. No. 123456, registered 1/1/04",etc); and
7. A statement by you that the above information and notification is accurate, and under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner whose exclusive right is allegedly infringed.



About
About Us
Contact Us
Terms of Use
Intellectual Property Rights
Privacy Policy

Support
Shipping Policy
Return&Refund policy
Thank you My Order

Get in touch
Email us

Follow us

We accept

© 2026 funia

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 23 of 36

Free Shipping Order Over $69

Funiya   Home   New Arrivals   Dress   Top   Bottom   Jumpsuit   Set     English ⌄     USD ⌄   🔍   👤   🛒

# Shipping Policy

## How much is the shipping cost?

The price depends on the weight of product, the destination, the shipping method, and other considerations. Detailed pricing information is visible when placing an order.

Choose the correct destination, then select the shipping method, to obtain an accurate shipping cost.

Normally, after the order is paid, the warehouse takes 3-8 working days to process your order (except for pre-sale items). This includes preparing your items, performing quality checks, and packing for shipment.Please note that due to high volumes and extreme weather conditions, end-of-year processing and shipping times may be affected.

| Country | Standard Shipping | Express Shipping |
|---|---|---|
| | Cost / Shipping Time (Business Days) | Cost / Shipping Time (Business Days) |
| United States | $6.99 / 15-21 | $9.99 / 6-15 |
| Canada | $6.99 / 15-21 | $9.99 / 6-15 |
| United Kingdom | $6.99 / 15-21 | $9.99 / 6-15 |
| Australia | $6.99 / 15-21 | $9.99 / 6-15 |
| Europe (Partial)* | $6.99 / 15-21 | $9.99 / 6-15 |
| Japan | $6.99 / 15-21 | $9.99 / 6-15 |
| Others* | $12.99 / 15-21 | / |

## Where can packages be shipped to?

nounuo can ship to most countries in the world, covering North and South America, Europe, United Kingdom and so on.

## Countries not shipped to include:

Aland Island, Ascension, Azores, Balearic Islands, Bouvet Island, Caroline Islands, China Mainland, Eritrea, Northern Mariana Islands, Somalia, Somaliland, Spanish Territories Of N.Africa, Yemen, YUGOSLAVIA, Zaire ect.

## How does funiya ship your order?

1.After placing an order, you will receive a product information confirmation e-mail;
2.After the payment, you will receive a successful payment confirmation e-mail;
3.After the order is shipped, you will receive a shipping information confirmation e-mail, contains tracking number, you can check the shipping state with the tracking number in https://www.17track.net/en or http://www.track718.com/en.
You can also check your order status by going to your account page.

## What shipping methods are offered? And how long does it take to ship?

The total time it takes to receive your parcel is described as below:

Total delivery time = Processing Time + Shipping Time

Processing time = the time between when you place an order and when we ship it;

Shipping time = the time between when your order has been shipped and delivered to you;

## Shipping time:

Pre-order products we usually send out within 30 days.

funiya has partnered with major international shipping companies including but not limited to DHL, UPS, FedEx, JP, and EMS to offer shipping methods.

Case 2:26-cv-01134-CCW   Document 58-3   Filed 07/28/26   Page 24 of 36

funiya has partnered with major international shipping companies including but not limited to DHL, UPS, FedEx, TB, and EMS to offer shipping methods.

## What is customs tax?

Taxes apply for imported goods/services and is regulated by the country law. Nounuo is not responsible for any tax charged on its products. The amount of customs taxes are depend on policies and tax rates applied per country. Please contact local customs for clear information.

## Important Notes:

1.Certain items are prohibited by some shipping carriers. If your order contains these items for the shipping carrier you selected. we will re-route your order via another carrier to ensure it arrives safely. This may require additional shipping time.

2.All estimated/typical delivery time are derived from real world data collected from past orders. They are approximate times for reference only.

3.funiya ships all packages from our warehouse and distribution center.



**About**

About Us

Contact Us

Terms of Use

Intellectual Property Rights

Privacy Policy

**Support**

Shipping Policy

Return&Refund policy

Thank you My Order

**Get in touch**

✉ Email us

**Follow us**

f  𝔭

**We accept**

© 2026 funia

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 25 of 36

Def. No. 158 lacewave.com



158 lacewave.com

7/28/26, 11:51 AM

FireShot Capture 131 - lacewave - [www.lacewave.com]

Lacewave    Home    New In    Tops    Dresses    Bottoms    Jumpsuits    Sets    English ˅    ⚑ USD ˅    ⚲    ⊙    ☐:

## Collection list







chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html?id=12

1/5

Tops     Bottoms     Dresses     Jumpsuits     Sets

# Trending Dresses

"Your New Favorite Dress Awaits! 🔥 Limited stock on the most-wanted Trending Dresses of the moment. Think bold florals, elegant slip dresses, and party-ready sparkles. Don't miss out – shop these exclusive styles now and dress to impress!"

Sexy lace fishtail dress
$45.99

Hollow Out Lace Slim Beach Dress
$36.39

Midi Dress, Embroidered Dress, Victoria White Lace
$40.99


Women's Vintage Botanical Floral Design Print Lace-Up Dress
$39.99


Bohemian Cotton Round Neck Tassel Lace Up

Lace-paneled Knitted Casual Resort Slip

Vintage Abstract Floral Oil Painting Art Print

Fashion Simple Summer Lace Waist Casual

Elegant Vintage Beach Party Midi Dress
$36.94

Fashion Dress
$34.75

Lapel Lace-up Dress
$38.99

Midi Dress
$31.42

New Tops, Endless Outfits! ✨ Refresh your style with our must-have women's tops collection. From sleek bodysuits to breezy blouses, find your perfect match for work, weekends, or nights out. Mix, match, and elevate every look

Shop now

## Jumpsuits

View all

Glimpse of Glam Lace Jumpsuit
$39.99
+1

Solid color velvet sexy casual lace-up jumpsuit
$45.99

SHORT SLEEVE SOLID COLOR LACE-UP V NECK SOFT ROMPER JUMPSUIT
$35.99

V-neck Printed Loose Lace-up Jumpsuit
$36.99

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 30 of 36

7/28/26, 11:51 AM    FireShot Capture 131 - lacewave - [www.lacewave.com]

4/5

Printed Cross Front Jumpsuit
$49.99  +2

Casual Printed Jumpsuit
$29.98

Casual Loose Half Open Neck Lace Floral Dress
$32.98

Casual Floral-Print Paneled Lace Long-Sleeved Top
$33.99

View all

✨Womens Solid Color V-Neck T-shirt [On Sale & Quick Ship!]
$15.99  +6

Solid Color Long Cotton Shirt Jackets Women Swing Shap Flattering
$28.68  +4

Crew Neck Cotton Loose Casual Shirt
$24.99

Women's Casual Lace Panel Shirts
$29.90

Tops

chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html?id=12

Anchor Print T-Shirt
$22.99

Women's Casual Bubble Sleeve Lace-up
Cotton Linen V Neck Short-sleeved Shirt
$37.99

Womens U-neck blouse with sleeves
$19.99

+2

Solid Button-Up Balloon Sleeve Pleated Shirt
$26.99

+5

Subscribe today to hear first about our sales

Enter your email

Subscribe

**About**

About Lacewave

Contact Us

Privacy Policy

Terms of Use

Intellectual Property Rights

**Supports**

Shipping Info

Shipping Policy

Return&Refund policy

Tracking Order

**Get in touch**

✉ Email us

**Follow us**

f  𝖕

**We accept**

AMEX  Pay  Mastercard  PayPal

VISA  Mastercard  Diners  DISCOVER

G Pay

© 2026 lacewave

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 32 of 36

7/28/26, 11:52 AM

FireShot Capture 132 - About Lacewave - [www.lacewave.com]



*Lacewave*    Home    New In    Tops    Dresses    Bottoms    Jumpsuits    Sets

English ∨    Q    USD ∨

# About Lacewave



## ⫶ ABOUT LACEWAVE

**Where Romantic Details Meet Effortless Movement**

At Lacewave, we believe clothing should make you feel *uniquely you* — wrapped in softness, kissed by elegance, and free to move through life with grace. Inspired by the delicate dance of lace meeting ocean waves, we craft feminine pieces that balance **artisanal details** with **wearable ease.**

Our collections celebrate the modern woman who treasures tactile beauty: think whisper-soft lace trims, flowing silhouettes that drape like water, and subtle textures that catch the light. From breezy summer dresses to layered winter essentials, every piece is designed to transition seamlessly — whether you're savoring coffee at a Parisian café or chasing sunsets on California shores.

This is slow fashion for fast lives: ethically made, thoughtfully curated, and forever romantic.

Subscribe today to hear first about our sales

Enter your email

Subscribe



**About**
About Lacewave
Contact Us
Privacy Policy
Terms of Use
Intellectual Property Rights

**Supports**
Shipping Info
Shipping Policy
Return & Refund policy
Tracking Order

**Get in touch**
✉ Email us

**Follow us**
f  P

**We accept**

© 2024 lacewave

chrome-extension://mcbpblocgmgfnpjippndjkmgjaogfceg/fsCaptured.html?id=13

1/1



# Intellectual Property Rights

It is the policy to take appropriate action where necessary to uphold and recognize all relevant State, Federal and International laws in connection with material that is claimed to be infringing any trademark, copyright, patent and all or any other Intellectual Property laws. If you are an intellectual property rights owner and you believe that we sells, offers for sale, or makes available goods and/or services that infringe your intellectual property rights, then send the following information to our Email.

**Information required:**

1. An electronic or physical signature of the person authorized to act on behalf of the owner of an exclusive that is allegedly infringed;
2. A description of the allegedly infringing work or material;
3. A description of where the allegedly infringing material is located on the site (product(s) URL);
4. Information reasonably sufficient to allow us to contact you, such as your address, telephone number and e-mail address;
5. A statement by you that you have a good faith belief that the disputed use of the material is not authorized by the copyright or other proprietary right owner, its agent, or the law;
6. Identification of the intellectual property rights that you claim are infringed by the Website(e.g. "XYZ copyright", "ABC trademark, Reg. No. 123456, registered 1/1/04",etc); and
7. A statement by you that the above information and notification is accurate, and under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner whose exclusive right is allegedly infringed.

Subscribe today to hear first about our sales    Enter your email    **Subscribe**

**About**
About Lacewave
Contact Us
Privacy Policy
Terms of Use
Intellectual Property Rights

**Supports**
Shipping Info
Shipping Policy
Return&Refund policy
Tracking Order

**Get in touch**
Email us

**Follow us**

**We accept**

©2026 Lacewave

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 34 of 36

Case 2:26-cv-01134-CCW   Document 58-3   Filed 07/28/26   Page 35 of 36

Home | New In | Tops | Dresses | Bottoms | Jumpsuits | Sets | English | USD

# Shipping Policy

## How much is the shipping cost?

The price depends on the weight of product, the destination, the shipping method, and other considerations. Detailed pricing information is visible when placing an order.

Choose the correct destination, then select the shipping method, to obtain an accurate shipping cost.

Normally, after the order is paid, the warehouse takes 3-8 working days to process your order (except for pre-sale items). This includes preparing your items, performing quality checks, and packing for shipment.Please note that due to high volumes and extreme weather conditions, end-of-year processing and shipping times may be affected.

| Country | Standard Shipping | Express Shipping |
|---|---|---|
| | Cost / Shipping Time (Business Days) | Cost / Shipping Time (Business Days) |
| United States | $6.99 / 15-21 | $9.99 / 6-15 |
| Canada | $6.99 / 15-21 | $9.99 / 6-15 |
| United Kingdom | $6.99 / 15-21 | $9.99 / 6-15 |
| Australia | $6.99 / 15-21 | $9.99 / 6-15 |
| Europe (Partial)* | $6.99 / 15-21 | $9.99 / 6-15 |
| Japan | $6.99 / 15-21 | $9.99 / 6-15 |
| Others* | $12.99 / 15-21 | / |

## Where can packages be shipped to?

lacewave can ship to most countries in the world, covering North and South America, Europe, United Kingdom and so on.

## Countries not shipped to include:

Aland Island, Ascension, Azores, Balearic Islands, Bouvet Island, Caroline Islands, China Mainland, Eritrea, Northern Mariana Islands, Somalia, Somaliland, Spanish Territories Of N.Africa, Yemen, YUGOSLAVIA, Zaire ect.

## How does lacewave ship your order?

1.After placing an order, you will receive a product information confirmation e-mail:
2.After the payment, you will receive a successful payment confirmation e-mail;
3.After the order is shipped, you will receive a shipping information confirmation e-mail, contains tracking number, you can check the shipping state with the tracking number in https://www.17track.net/en or http://www.track718.com/en.
You can also check your order status by going to your account page.

## What shipping methods are offered? And how long does it take to ship?

The total time it takes to receive your parcel is described as below:

Total delivery time = Processing Time + Shipping Time

Processing time = the time between when you place an order and when we ship it;

Shipping time = the time between when your order has been shipped and delivered to you;

## Shipping time:

Pre-order products we usually send out within 30 days.

lacewave has partnered with major international shipping companies including but not limited to DHL, UPS, FedEx, IB, and EMS to offer shipping methods.

## What is customs tax?

Taxes apply for imported goods/services and is regulated by the country law. lacewave is not responsible for any tax charged on its products. The amount of customs taxes are depend on policies and tax rates applied per country. Please contact local customs for clear information.

## Important Notes:

1.Certain items are prohibited by some shipping carriers. If your order contains these items for the shipping carrier you selected, we will re-route your order via another carrier to ensure it arrives safely. This may require additional shipping time.

2.All estimated/typical delivery time are derived from real world data collected from past orders. They are approximate times for reference only.

3.**lacewave** ships all packages from our warehouse and distribution center.

Subscribe today to hear first about our sales     Enter your email     Subscribe



About
About Lacewave
Contact Us
Privacy Policy
Terms of Use
Intellectual Property Rights

Supports
Shipping Info
Shipping Policy
Return&Refund policy
Tracking Order

Get in touch
Email us

Follow us

We accept

©2024 lacewave

Case 2:26-cv-01134-CCW    Document 58-3    Filed 07/28/26    Page 36 of 36