IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEAN PLOUT,

       Plaintiff,

v.

REN SHIJU, et al.,

       Defendants.

Case No. 26-cv-1134

(Judge Wiegand)

### PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT C UNDER SEAL

Plaintiff Jean Plout, by and through undersigned counsel, respectfully moves this Court under Local Civil Rule 5.2(H) for leave to file Exhibit C to the Declaration of Stanley D. Ference III in support of Plaintiff's Opposition to the Moving Defendants' Motion to Vacate the Preliminary Injunction and to Dismiss the Complaint (ECF No. 52) under seal. In support, Plaintiff states as follows:

1. Exhibit C consists of records produced by PayPal in response to a subpoena issued in this action, reflecting information for the financial account used to process payments for the Moving Defendants' storefronts.

2. Exhibit C contains sensitive, non-public financial and personal information, including a financial-institution account, account balances, and personal contact and identifying information. This is precisely the category of information that courts routinely protect from public disclosure. *See* Fed. R. Civ. P. 5.2(a)(4).

3. The requested relief is narrowly tailored. Plaintiff seeks to seal only Exhibit C. Plaintiff's Opposition and the supporting Declaration are being filed on the public docket and describe Exhibit C only in general terms, without disclosing the sealed financial-account or personal information.

4. Sealing of comparable materials has already been ordered in this action. See ECF No. 11

(granting Plaintiff's Motion to File Under Seal, ECF No. 5).

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file Exhibit C

under seal and enter the accompanying proposed order.

Respectfully submitted,

Dated:  July 28, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff