IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN PLOUT, | Civil Action No. 26-cv-1134 |
| Plaintiff, | (Judge Wiegand) |
| v. | |
| REN SHIJU, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff,

through her undersigned attorney, hereby gives notice of the voluntary dismissal, without

prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 121 | cofolife.com |
| 138 | funiya.com |
| 158 | lacewave.com |

with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants

have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these

Defendants may be voluntarily dismissed without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: August 11, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff